IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF RENARDO GREEN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:22-cv-03198 |
| CITY OF ANNAPOLIS, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Motion for Leave to File Excess Pages in Joint Response to Defendants' Motion to Dismiss, it is this <u>16th</u> day of <u>February</u>, 2023, by the United States District Court for the District of Maryland;

ORDERED, that the Motion for Extension of Page Limits shall be, and hereby is, GRANTED; and it is further

ORDERED, that Plaintiffs may utilize up to fifty-seven (57) pages in responding to Defendants' Motion to Dismiss and/or for More Definite Statement, exclusive of the cover page, tables, the signature block, and the certificate of service. (ECF No. 6).

                                                                                    /s/ - Richard D. Bennett
                                                             Honorable
                                                              United States District Judge