IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ESTATE OF RENARDO GREEN, et al.**   *

    **Plaintiffs,**   *

    v.   *   Case No. 1:22-CV-03198

**CITY OF ANNAPOLIS, et al.**   *

    **Defendants.**   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the foregoing Consent Motion to Clarify Briefing Schedule, it is this \_\_\_7th\_\_\_ day of \_\_\_March\_\_\_, 20\_23\_ hereby

ORDERED:

1. That the Consent Motion to Clarify Briefing Schedule be, and hereby is, GRANTED; and

2. That the existing briefing schedule concerning briefing Defendants' Motion to Dismiss and/or for More Definite Statement and Request for Hearing be, and hereby is, modified such that Defendants' reply is required by March 15, 2023.

                                        /s/ - Richard D. Bennett
                                    _____

                                     Judge, United States District Court